**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

LUIS AUGUSTO BERMUDEZ )
FLEIRE, )
                                                    )
             Petitioner, )
                                                    )
v.                                                  )        Case No. CIV-26-1208-D
                                                    )
ROBERT CERNA, et al., )
                                                    )
             Respondents. )

**ORDER**

Petitioner Luis Augusto Bermudez Fleire filed a Petition for Writ of Habeas Corpus

Under 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate

Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C.

§ 636(b)(1)(B) and (C).

On May 26, 2026, Petitioner filed an Emergency Motion for Temporary Restraining

Order and Preliminary Injunctive Relief [Doc. No. 5], requesting that the Court grant

temporary injunctive relief, enjoining Respondents from transferring Petitioner outside this

Court's jurisdiction, deporting or removing Petitioner during these proceedings, or

removing Petitioner to any third country absent prior judicial authorization. *Id.* at 3.

Petitioner also requests that the Court order Respondents to provide constitutionally

adequate confinement conditions and to refrain from any retaliatory punishment related to

this litigation. *Id.*

On May 28, 2026, Judge Mitchell issued a Report and Recommendation [Doc. No.

10], in which she recommends that the Court deny Petitioner's request for a temporary

1

restraining order. Specifically, the magistrate judge concluded that Petitioner had failed to "certif[y] in writing any efforts made to give notice [to the non-movant] and the reasons why it should not be required," and thus had failed to comply with FED. R. CIV. P. 65(b)(1). Judge Mitchell notified Petitioner of his right to object to the R&R on or before June 18, 2026, and that failure to timely object to the R&R waives the right to appellate review of both factual and legal issues contained therein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 10] in its entirety.

**IT IS THEREFORE ORDERED** that, for the reasons stated in the Report and Recommendation [Doc. No. 10], Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief [Doc. No. 5] is **DENIED**.

**IT IS SO ORDERED** this 25th day of June, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2